## STATE OF CONNECTICUT *v.* VENTURA REY
## (14828)

Dupont, C. J., and Schaller and Spear, Js.

Argued June 3—officially released July 2, 1996

Per Curiam. The judgment is affirmed.

## EDGEWOOD ELM HOUSING, INC. *v.* SHAWMUT
## BANK CONNECTICUT
## (14701)

Dupont, C. J., and Schaller and Spear, Js.

Argued June 3—officially released July 2, 1996

Per Curiam. The judgment is affirmed.

## PAVARINI CONSTRUCTION COMPANY, INC. *v.*
## EDGARDO IPPOLITI ET AL.
## (15381)

Schaller, Spear and Hennessy, Js.

Argued May 31—officially released July 2, 1996

Per Curiam. The judgment is affirmed and the case is remanded for the purpose of setting a new sale date.